1246

No. 96–8657. HIGGASON *v.* SWIHART ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–8720. McBRIDE *v.* THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 96–8728. GRAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8731. EATON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8734. STEWART *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–8744. GOLDY *v.* MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8752. BEASLEY ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–8758. PERDUE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8759. WATKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8763. IBIDA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8765. JOINER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8766. IVORY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–8768. KIRKLAND *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–8771. STEWART *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–8775. CROWE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.